UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  
    Timothy Allen Twehues  
    Aka:Timothy A. Twehues  
    Debtor

CHAPTER 7  
BANKRUPTCY NO. 11-20169-TNW

## APPEARANCE

* * * * * *

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

                MAPOTHER & MAPOTHER, P.S.C.

      BY   /s/ Justin L. Handshoe  
           Justin L. Handshoe  
           Counsel for Creditor  
           Mapother & Mapother, P.S.C.  
           815 West Market Street  
           Suite 500  
           Louisville, KY  40202  
           (502)638-4961

Y7C ()/11-00500-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, John W Foote, Attorney at Law, 36 W Fifth St., 2nd Fl, Covington, KY  41011, debtor, Timothy Allen Twehues Aka:Timothy A. Twehues, 120 Sayersville Rd, Warsaw, Kentucky  41095, and to the Trustee, Michael L. Baker, 541 Buttermilk Pike #500, P.O. Box 175710, Covington, KY 41011-5710.

        MAPOTHER & MAPOTHER, P.S.C.


BY:   /s/ Justin L. Handshoe
      Justin L. Handshoe
      Counsel for Creditor

Y7C ()/11-00500-0